UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:22-cv-02099-CJC-SHK** | Date: | May 2, 2023 |
|---|---|---|---|

Title:  *Angel Cazessus v. Hemet Police Department, et al.*

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

On February 22, 2023, Plaintiff Angel Cazessus ("Plaintiff"), filed the operative First Amended Complaint ("FAC") in this matter.  Electronic Case Filing Number ("ECF No.") 12, FAC.  On April 6, 2023, the Court issued a summons and ordered services of the FAC on Defendants ("Service Orders").  ECF Nos. 13-15.  On that same date, the Clerk of Court mailed the Service Orders to Plaintiff at his address of record.  On April 18, 2023, the United States Postal Service ("USPS") returned the Service Orders to the Court with stamps indicating "NIC[,]" "UTF[,]" and "Return to Sender."  See ECF Nos. 16-17.

The Court's independent check of the Riverside County Sheriff's inmate locator website indicates that Plaintiff was released as of April 5, 2023.  See https://www.riversidesheriff.org (last checked April 27, 2023).  Plaintiff, however, has not provided the Court with his new address.

Local Rule of Civil Procedure for the United States District Court for the Central District of California ("Local Rule" or "L.R.") 41-6 requires pro se litigants to keep the Court and opposing parties apprised of their current address and telephone number, if any, and e-mail address, if any.  L.R. 41-6.  If mail directed by the Clerk of Court to a pro se plaintiff's address of record is returned undelivered by the USPS, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.  Id.

Here, based on the returned Service Orders and Plaintiff's apparent release from custody, Plaintiff appears to no longer be at his address of record and Plaintiff has not informed the Court of his current address.  Accordingly, the Court cannot move this litigation forward because it cannot reach Plaintiff.  Therefore, Plaintiff is **ordered to show cause** by **May 15, 2023,** why the case should not be dismissed for Plaintiff failing to keep the Court apprised of his current address in violation of L.R. 41-6.  **Plaintiff is cautioned that failure to timely update the Court with his current address <u>will</u> result in a recommendation that this action be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**